| | |
|---|---|
| PETER L. SIMON (CSB No. 178393)<br>STEVEN J. BLEASDELL (CSB No. 191522)<br>STEPHEN D. PERRY (CSB No. 213223)<br>BEYERS \| COSTIN<br>917 College Avenue<br>Post Office Box 878<br>Santa Rosa, California 95402-0878<br>Telephone: 707.545.0142<br>Facsimile: 707.526.2746 | JONATHAN HAYDEN (BAR NO. 104520)<br>TRACY SMITH TODD (BAR NO. 172884)<br>AARON M. ARMSTRONG (BAR NO. 197301)<br>THOMAS S. KIMBRELL (BAR NO. 223068)<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| RICHARD C. RYBICKI (CSB No. 160096)<br>BRANDON R. BLEVANS (CSB No. 197281)<br>RYBICKI & BLEVANS, LLP<br>50 Old Courthouse Square; Suite 311<br>Santa Rosa, CA 95404-4923<br>Telephone: 707.524.7000<br>Facsimile: 707.546.6800 | DEBORAH C. SAXE (BAR NO. 81719)<br>MATTHEW M. YU (BAR NO. 186807)<br>CINDI L. PUSATERI (BAR NO. 216899)<br>HELLER EHRMAN WHITE & McAULIFFE LLP<br>601 South Figueroa Street<br>Los Angeles, CA 90017-5758<br>Telephone: (212) 689-0200<br>Facsimile: (213) 614-1868 |
| Attorneys for Plaintiffs<br>WILLIAM BARNETT, et al. | Attorneys for Washington Mutual<br>WASHINGTON MUTUAL BANK, FA, and<br>WASHINGTON MUTUAL, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARNETT, et al.,<br><br>Plaintiffs,<br>vs.<br><br>WASHINGTON MUTUAL BANK, FA, DIME BANCORP, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C 03-0753 CRB<br>[AND RELATED CASES]<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

The parties hereby stipulate that the following matters are hereby dismissed with prejudice by all of the plaintiffs, except as set forth below:

1. *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

2. *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943

3. *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446

4. *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

1

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]

5. *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

6. *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

7. *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

8. *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

9. *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

10. *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

Pursuant to a settlement, all parties are bearing their own costs and fees.

Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is not dismissed and should be joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

Respectfully submitted,

Dated: April 22, 2005

BEYERS | COSTIN

By: /s/ Peter L. Simon
PETER L. SIMON
Attorneys for Plaintiffs
WILLIAM BARNETT, et al.
(except Sannar and Huisking)

Dated: April 22, 2005

HELLER EHRMAN WHITE & MCAULIFFE LLP

By: /s/ Thomas S. Kimbrell
THOMAS S. KIMBRELL
Attorneys for Defendants
WASHINGTON MUTUAL BANK, FA, et al.

2

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]

Case 3:03-cv-03239-CRB   Document 14   Filed 04/25/05   Page 3 of 3
Case 3:03-cv-00753-CRB   Document 160   Filed 04/22/2005   Page 3 of 3

## [PROPOSED] ORDER

This Court having considered the above stipulation hereby orders as follows:

1. The following matters are dismissed with prejudice:

   *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

   *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943

   *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446

   *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

   *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

   *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

   *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

   *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

   *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

   *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

2. All parties to bear their own costs and fees.

3. Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is hereby joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

IT IS SO ORDERED.

Dated: April 25, 2005

_____
Honorable Charles R. Breyer

APPROVED
Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]